**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-720-GBW |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| LPP COMBUSTION, LLC, | ) | |
| | ) | |
| Defendant. | | |

**PLAINTIFF'S MOTION AND PROPOSED ORDER**
**GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER**
**REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff General Electric Company respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that attorney Timothy P. Best of Gibson, Dunn & Crutcher LLP may bring his personal electronic devices to the July 6, 2023 Claim Construction Hearing in this matter.

Attorney Best, who has been admitted *pro hac vice* (D.I. 8), is not in possession of his bar identification card. Mr. Best will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

OF COUNSEL:

Mark Reiter
Robert A. Vincent
Betty X. Yang
Philip J. Spear
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2923
Tel:  (214) 698-3100

Timothy P. Best
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel:  (213) 229-7659

Dated:  July 5, 2023
10902777 / 22268.00001

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff General Electric Company*

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Gregory B. Williams