**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
Direct  302.984.6147

June 12, 2024

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      **Re:** *General Electric Company v. LPP Combustion, LLC*, **C.A. No. 22-720-GBW**

Dear Judge Williams:

      Pursuant to Stipulation and Order Granting Extension of Time for Certain Case Deadlines (D.I. 90), the parties write to inform Your Honor that a mediation occurred on June 5, 2024, with retired District of Delaware Judge Sue L. Robinson.  The parties were unable to resolve this matter at the mediation.  The parties are meeting and conferring regarding a proposed schedule for the Court's consideration.

      Respectfully,

      */s/ David E. Moore*

      David E. Moore

DEM:nmt/11561122

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)