**Potter Anderson & Corroon LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct 302.984.6147

July 25, 2024

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *General Electric Company v. LPP Combustion, LLC*, C.A. No. 22-720-GBW

Dear Judge Williams:

    As noted in LPP counsel's Motion for Leave to Withdraw as Counsel, General Electric does not oppose the withdrawal.  D.I. 100.  However, General Electric does oppose LPP's requested extension filed today to obtain replacement counsel, particularly given that the sole reason provided is "summer plans."  D.I. 102.  Since filing its initial complaint in the Western District of Texas, LPP—as the patent owner—has maintained its allegations of infringement for nearly three years now.  Further, as LPP's counsel explained in its motion to withdraw, the "breakdown in communications stem[] from fundamental disagreements" between LPP and its counsel that have existed since at least June 5, 2024, the date on which the parties unsuccessfully mediated before Judge Robinson.  D.I. 100 at 3–4.

    Respectfully, summer vacation plans do not warrant additional delay.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:mes/11669829

cc: Clerk of Court (via hand delivery)
       Counsel of Record (via electronic mail)