

Kenneth L. Dorsney
302.888.6800
kdorsney@morrisjames.com

August 8, 2024

**VIA CM/ECF and HAND DELIVERY**
The Honorable Gregory B. Williams
United State District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

    Re:    *Gen. Elec. Co. v. LPP Combustion, LLC*, C.A. No. 22-720-GBW

Dear Judge Williams:

    Pursuant to the Oral Order issued on August 5, 2024 (D.I. 105), LPP Combustion, LLC has provided a copy of this Oral Order to their client on August 5, 2024. The client has confirmed receipt of this Oral Order on August 7, 2024.

                Respectfully,

                */s/ Kenneth L. Dorsney*

                Kenneth L. Dorsney (#3726)

cc: All Counsel of Record (via CM/ECF and electronic mail)